COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| PETER I. SHAH, | § | No. 08-22-00198-CV |
| Appellant | § | Appeal from the |
| | § | 143rd Judicial District Court |
| v. | § | of Reeves County, Texas |
| MAPLE ENERGY HOLDINGS, LLC, | § | (TC# 22-03-24342-CVR) |
| Appellee | § | |
| | § | |

## SUPPLEMENTAL OPINION

In our opinion dated July 31, 2023, we suggested a remittitur of $9,738.00 of the attorney's fees awarded to Appellee Maple Energy. We stated that if Maple Energy filed a remittitur within 15 days from the date of the opinion, we would modify the judgment with respect to the award of attorney's fees, reducing the attorney's fees award to $85,416.50, and affirming the trial court's judgment as modified.

On August 8, 2023, Maple Energy timely filed its consent to the suggestion of remittitur and asked the Court to modify the trial court's judgment to reflect an award of attorney's fees in the amount of $85,416.50. Accordingly, we vacate our judgment, but not our opinion, dated July 31, 2023, and modify the trial court's judgment with respect to the award of attorney's fees to reflect the remittitur of $9,738.00. The trial court's judgment is therefore modified to award Maple

Energy $85,416.50 in attorney's fees as the total money judgment in its favor. *See* TEX. R. APP. P. 46.3. As modified, we affirm the trial court's judgment. This Court's July 31, 2023 opinion otherwise remains in effect.


LISA J. SOTO, Justice

August 31, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.